JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JAMES CURRY,<br>　　　　Petitioner,<br>　　v.<br>SANDRA ALFARO, *Warden*,<br>　　　　Respondent. | Case No. CV 15-1309 JCG<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus with Prejudice and Declining to Issue Certificate of Appealability.[1]

DATED: November 10, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JAY C. GANDHI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1]　Both parties have consented to this Court's authority to enter a final order in this case. [*See* Dkt. No. 17]; *see also* Rule 10 of the Rules Governing Section 2254 Cases in the United States District Courts; 28 U.SC. § 636(c)(1).